IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                                  PLAINTIFF

v.                                           Case No. 4:21-cv-4043

PROSECUTING ATTORNEY CHARLES BLACK;
PROSECUTING ATTORNEY CONNIE MITCHELLE;
PUBLIC DEFENDER DAVID COTTON; PUBLIC
DEFENDER CONNOR HERROLD; and PUBLIC
DEFENDER JOSH POTTER                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 28, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that this case be dismissed with prejudice because Defendants Black and Mitchelle are entitled to absolute immunity and because Plaintiff has failed to state cognizable claims against Defendants Cotton, Herrold, and Potter. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge